# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2805

_____

| | | |
|---|---|---|
| Roberta Simat, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| Chi-Chi's, Inc., a Delaware corporation; | * | |
| Family Restaurants, Inc., a Delaware | * | [UNPUBLISHED] |
| corporation, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 15, 2000
Filed: June 29, 2000

_____

Before MURPHY, HEANEY, and MAGILL, Circuit Judges.

_____

PER CURIAM.

Roberta Simat appeals from an adverse judgment in her action against her former employer, Chi-Chi's Inc., and its parent corporation Family Restaurants, Inc. ("FRI") alleging violations of the Minnesota Human Rights Act ("MHRA"), Minn. Stat. Ch. 363 (1996) and a common law claim of defamation. Simat, the manager of a Chi-Chi's restaurant, was dismissed after being accused of sexually harassing a subordinate employee. She claimed disparate treatment on the basis of her gender and marital status, reprisal for reporting that another employee had been harassed, and defamation

based on a report by an employee to a security guard that Simat had threatened him. On appeal Simat alleges that the district court[1] improperly limited her discovery and erred in granting summary judgment. After a thorough review of the record, we conclude that the district court did not abuse its discretion in its discovery rulings and that Simat failed to make a sufficient showing on her claims to withstand the defendants' summary judgment motion. We affirm on the basis of the record and the memorandum opinion of the district court. See 8th Cir. R. 47B.

    A true copy.

       Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.